## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Jorge Garcia             |     CHAPTER 13

        &

      Lidia Garcia             |     BKY. NO. 14-14770 AMC

                 <u>Debtor(s)</u>

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PNC Mortgage, A Division of PNC Bank, National Association as servicer for PNC Bank, National Association and index same on the master mailing list.

                Respectfully submitted,

                **/s/ Matteo S. Weiner, Esquire**
                Matteo S. Weiner, Esquire
                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322 FAX (215) 627-7734