# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PA. DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jorge Garcia<br>　　　　Lidia Garcia<br>　　　　　　　　　Debtors | CHAPTER 13 |
| PNC Bank, National Association<br>　　　　　　　　　Movant<br>　　vs.<br>Jorge Garcia<br>Lidia Garcia<br>　　　　　　　　　Debtors | NO. 14-14770 AMC |
| William C. Miller, Esq.<br>　　　　　　　　　Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Motion for Relief from Stay of PNC Bank, National Association, which was filed with the Court on or about August 31, 2017 (Document No. 84).

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**/s/ Kevin G. McDonald, Esquire**
　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　Attorney for Movant/Creditor

January 16, 2018