Certificate Number: 17572-PAE-DE-030481745

Bankruptcy Case Number: 14-14770



17572-PAE-DE-030481745

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 26, 2018, at 8:24 o'clock AM PST, LIDIA E GARCIA completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: January 26, 2018

By: /s/Kelly Faulks

Name: Kelly Faulks

Title: Counselor