United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-14770-amc
Jorge Garcia                                                              Chapter 13
Lidia Garcia
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1          Date Rcvd: Feb 27, 2018
                              Form ID: pdf900          Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2018.
db/jdb         +Jorge Garcia,    Lidia Garcia,    600 Valley Road,    Apt. D60,    Warrington, Pa 18976-2279
cr              Continental Bank,    c/o Craig H. Fox, Esquire,    One Montgomery Plaza,    Suite 706,
                 425 Swede Street,    Norristown, PA   19401
cr              ECAST Settlement Corporation,    POB 29262,   New York, NY   10087-9262
cr             +PNC Mortgage, A Division of PNC Bank N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Feb 28 2018 02:25:12      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 28 2018 02:24:52
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 28 2018 02:25:11     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    PNC Mortgage, A Division of PNC Bank N.A.
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              CAROL B. MCCULLOUGH    on behalf of Debtor Jorge  Garcia mcculloughheisenberg@gmail.com,
               G25217@notify.cincompass.com
              CAROL B. MCCULLOUGH    on behalf of Plaintiff Jorge  Garcia mcculloughheisenberg@gmail.com,
               G25217@notify.cincompass.com
              CAROL B. MCCULLOUGH    on behalf of Joint Debtor Lidia  Garcia mcculloughheisenberg@gmail.com,
               G25217@notify.cincompass.com
              CAROL B. MCCULLOUGH    on behalf of Plaintiff Lidia  Garcia mcculloughheisenberg@gmail.com,
               G25217@notify.cincompass.com
              CRAIG H. FOX    on behalf of Defendant    Continental Bank bankruptcy@foxandfoxlaw.com,
               cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
              CRAIG H. FOX    on behalf of Creditor    Continental Bank bankruptcy@foxandfoxlaw.com,
               cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
              GILBERT B. WEISMAN    on behalf of Creditor    ECAST Settlement Corporation notices@becket-lee.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION KMcDonald@blankrome.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    PNC Bank, National Association
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    PNC Mortgage, A Division of PNC Bank N.A.
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 14

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  : CHAPTER 13

    JORGE AND LIDIA GARCIA  : 14-14770AMC

## ORDER

AND NOW, this 28th day of Feb., 2018, upon consideration of the Modification of Chapter 13 Plan After Confirmation, any responses thereto, and a hearing on the matter, it is hereby

ORDERED AND DECREED that the Modification of the Chapter 13 Plan After Confirmation be and it is hereby APPROVED.

BY THE COURT:

_____
BANKRUPTCY JUDGE