United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                           Case No. 14-14770-amc
Jorge Garcia                                                     Chapter 13
Lidia Garcia
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Jennifer             Page 1 of 2          Date Rcvd: Jun 08, 2018
                              Form ID: 138NEW            Total Noticed: 29
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2018.
```
db/jdb         +Jorge Garcia,    Lidia Garcia,    600 Valley Road,    Apt. D60,    Warrington, Pa 18976-2279
cr              Continental Bank,    c/o Craig H. Fox, Esquire,    One Montgomery Plaza,    Suite 706,
                 425 Swede Street,    Norristown, PA 19401
cr             +PNC Mortgage, A Division of PNC Bank N.A.,     3232 Newmark Drive,    Miamisburg, OH 45342-5421
13335613       +Amcol Systems,    Po Box 21625,    Columbia, SC 29221-1625
13335614       +Ar Resources Inc,    1777 Sentry Parkway,    Blue Bell, PA 19422-2206
13335615      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,      P.O. Box 15019,    Wilmington, DE  19886)
13335619      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citi Cards,     Po Box 182564,    Columbus, OH  43218)
13335616       +Card Member Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
13335617       +Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
13382943       +Continental Bank,    c/o Craig H. Fox, Esquire,    Fox and Fox Attorneys at Law, P.C.,
                 425 Swede Street,    One Montgomery Plaza, Suite 706,    Norristown, PA 19401-4852
13335620       +Continental bank,    620 W. Germantown Pike,    Plymouth Meeting, PA 19462-2219
13348169       +Department Stores National Bank/Macys,    Bankruptcy Processing,     Po Box 8053,
                 Mason, OH 45040-8053
13443233        ECAST SETTLEMENT CORPORATION, ASSIGNEE,     OF CITIBANK, N.A.,    POB 29262,
                 NEW YORK, NY 10087-9262
13335621       +Eastern Account System Of Connecticut, I,      Po Box 837,   Newtown, CT 06470-0837
13335624       +Macys,    P.O. Box 689195,    Des Moines, IA 50368-9195
13400355       +McCullough Eisenberg, LLC.,     65 West Street Road,    Suite A-204,    Warminster, PA 18974-3229
13436712       +PNC Mortgage,    ATTN: Bankruptcy Department,     3232 Newmark Drive,    Miamisburg, OH 45342-5433
13335626       +Pnc Bank National Association,     P.O. Box 747066,    Pittsburgh, PA 15274-7066
13335628      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: Us Bank,     Po Box 790408,    St. Louis, MO  63179)
13446318       +Wells Fargo Card Services,    1 Home Campus 3rd Floor,     Des Moines, IA 50328-0001
13442748        eCAST Settlement Corporation,     POB 29262,   New York NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jun 09 2018 02:10:03      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 09 2018 02:09:41      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13335622       +E-mail/PDF: gecsedi@recoverycorp.com Jun 09 2018 02:05:45      Ge Capital Retail Bank,
                 P.O. Box 960061,    Orlando, FL 32896-0061
13335623       +E-mail/Text: cio.bncmail@irs.gov Jun 09 2018 02:08:30      IRS,    600 Arch Street,
                 Philadelphia, PA 19106-1611
13434404        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 09 2018 02:29:19
                 Portfolio Recovery Associates, LLC,     POB 41067,   Norfolk VA 23541
13335625       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 09 2018 02:09:03
                 Pennsylvania Department Of Revenue,     1032 Strawberry Sq,    Harrisburg, PA 17128-0001
13343476        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 09 2018 02:09:03
                 Pennsylvania Department of Revenue,     Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
13335627       +E-mail/PDF: gecsedi@recoverycorp.com Jun 09 2018 02:05:51      Tjx Rewards/GECRB,
                 Po Box 530948,    Atlanta, GA 30353-0948
                                                                                              TOTAL: 8
```

```
            ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
13335612        14-14770
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*             ECAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
13335618*      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citi Cards,     Processing Center,    Des Moines, IA  50363)
13914308*       eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262
13335629       ##+Wells Fargo Card Services,    P.O. Box 6412,    Carol Stream, IL 60197-6412
                                                                                TOTALS: 1, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: Jennifer              Page 2 of 2              Date Rcvd: Jun 08, 2018
                              Form ID: 138NEW             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    PNC Mortgage, A Division of PNC Bank N.A.
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              CAROL B. MCCULLOUGH     on behalf of Plaintiff Lidia   Garcia mcculloughheisenberg@gmail.com,
               G25217@notify.cincompass.com
              CAROL B. MCCULLOUGH     on behalf of Debtor Jorge   Garcia mcculloughheisenberg@gmail.com,
               G25217@notify.cincompass.com
              CAROL B. MCCULLOUGH     on behalf of Plaintiff Jorge   Garcia mcculloughheisenberg@gmail.com,
               G25217@notify.cincompass.com
              CAROL B. MCCULLOUGH     on behalf of Joint Debtor Lidia   Garcia mcculloughheisenberg@gmail.com,
               G25217@notify.cincompass.com
              CRAIG H. FOX    on behalf of Defendant    Continental Bank bankruptcy@foxandfoxlaw.com,
               cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
              CRAIG H. FOX    on behalf of Creditor    Continental Bank bankruptcy@foxandfoxlaw.com,
               cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
              GILBERT B. WEISMAN    on behalf of Creditor    ECAST Settlement Corporation notices@becket-lee.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    PNC Bank, National Association
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    PNC Mortgage, A Division of PNC Bank N.A.
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 14
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Jorge Garcia and Lidia Garcia
    Debtor(s)

Bankruptcy No: 14–14770–amc
Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 6/8/18

117 – 116
Form 138_new