United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jorge Garcia  
Lidia Garcia  
    Debtors

Case No. 14-14770-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Jul 13, 2018  
                    Form ID: 195       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2018.  
db/jdb      +Jorge Garcia,   Lidia Garcia,   600 Valley Road,   Apt. D60,   Warrington, Pa 18976-2279

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2018                                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2018 at the address(es) listed below:  
        ANDREW F GORNALL   on behalf of Creditor   PNC Mortgage, A Division of PNC Bank N.A.  
         agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
        CAROL B. MCCULLOUGH   on behalf of Debtor Jorge  Garcia mcculloughheisenberg@gmail.com,  
         G25217@notify.cincompass.com  
        CAROL B. MCCULLOUGH   on behalf of Plaintiff Jorge  Garcia mcculloughheisenberg@gmail.com,  
         G25217@notify.cincompass.com  
        CAROL B. MCCULLOUGH   on behalf of Joint Debtor Lidia  Garcia mcculloughheisenberg@gmail.com,  
         G25217@notify.cincompass.com  
        CAROL B. MCCULLOUGH   on behalf of Plaintiff Lidia  Garcia mcculloughheisenberg@gmail.com,  
         G25217@notify.cincompass.com  
        CRAIG H. FOX   on behalf of Creditor   Continental Bank bankruptcy@foxandfoxlaw.com,  
         cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com  
        CRAIG H. FOX   on behalf of Defendant   Continental Bank bankruptcy@foxandfoxlaw.com,  
         cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com  
        GILBERT B. WEISMAN   on behalf of Creditor   ECAST Settlement Corporation notices@becket-lee.com  
        KEVIN G. MCDONALD   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
        MATTEO SAMUEL WEINER   on behalf of Creditor   PNC Bank, National Association  
         bkgroup@kmllawgroup.com  
        MATTEO SAMUEL WEINER   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION  
         bkgroup@kmllawgroup.com  
        THOMAS I. PULEO   on behalf of Creditor   PNC Mortgage, A Division of PNC Bank N.A.  
         tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                    TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Jorge Garcia and Lidia Garcia : Case No. 14–14770–amc

    Debtor(s)

***ORDER***
_____

AND NOW, this day , 13th day of July, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

   120
Form 195